PEOPLE v LITAKER. Appeal from Van Buren, David Anderson, Jr., J. Submitted Division 3 March 8, 1972, at Grand Rapids. (Docket No. 11753.) Decided May 3, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *William C. Buhl,* Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *Daniel S. Seikaly,* Assistant Defender, for defendant.

Before: T. M. BURNS, P. J., and FITZGERALD and DANHOF, JJ.

MEMORANDUM OPINION. Defendant pled guilty to a charge of breaking and entering with intent to commit larceny. MCLA 750.110; MSA 28.305. Reversal is required under the holding of *People v Jaworski,* 387 Mich 21 (1972).

Reversed and remanded for further proceedings.

PEOPLE v GRADDY. Appeal from Recorder's Court of Detroit, Thomas L. Poindexter, J. Submitted Division 1 March 3, 1972, at Grand Rapids. (Docket No. 11754.) Decided May 3, 1972. Leave to appeal granted, plea set aside, and remanded to Recorder's Court for further proceedings, 388 Mich 753.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Edward R. Wilson,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *Daniel S. Seikaly,* Assistant Defender, for defendant.

Before: HOLBROOK, P. J., and FITZGERALD and T. M. BURNS, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to the offense of murder in the second degree and appeals. A motion to affirm has been filed by the people.

Upon examination of the briefs and record it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.